# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133514

ALAN JOSEPH ISACK,
           Plaintiff-Appellant,

v

CAROLYN ELISE ISACK,
           Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133514
COA: 270456
Oakland CC: 2005-066043-CZ

On order of the Court, the application for leave to appeal the February 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

s0723